IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND, SCOTT REDMAN and
INDUSTRY ADVANCEMENT PROGRAM/
CONTRACT ADMINISTRATION FUND,                    JUDGMENT IN A CIVIL CASE

      Plaintiffs,                                              Case No. 14-cv-18-bbc

    v.

ALLEN CONSTRUCTION SERVICES, INC.,

      Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Building Trades United Pension Trust Fund, Scott Redman and Industry Advancement Program/Contract Administration Fund against defendant Allen Construction Services, Inc. in the amount of $77,180.97.

    _s/ A. Wiseman, Deputy Clerk_           _October 22, 2014_
    Peter Oppeneer, Clerk of Court              Date